IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-01461-CMA-KMT

CHRISTINA PAVELKO,

    Plaintiff,

v.

BREG, INC., a California corporation,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on a review of the file. Based on my past professional relationship with Defendant's counsel, I believe that I should recuse myself. It is, therefore,

    ORDERED that the judge's file be returned to the Clerk of the Court, and that the case be reassigned by random draw.

    DATED: August __25__, 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge