IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01461–PAB–KMT

CHRISTINA PAVELKO,

      Plaintiff,

v.

BREG, INC., a California corporation,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion for the Entry of Stipulated Protective Orders Regarding Confidential Documents and Format of Production" (# 42, filed April 6, 2010) is DENIED without prejudice. The proposed Protective Orders are REFUSED.

*Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000), set out certain requirements for the issuance of a blanket protective order such as the one sought here. Among other things, any information designated by a party as confidential must first be reviewed by a lawyer who will certify that the designation as confidential is "based on a good faith belief that [the information] is confidential or otherwise entitled to protection" under Fed. R. Civ. P. 26(c)(7). *Gillard*, 196 F.R.D. at 386.

The proposed Protective Orders do not comply with the requirements established in *Gillard*.

Dated: April 7, 2010